IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00774-AP

ROBERT WALLACE,

    Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner of Social Security,

    Defendant.

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

**1.    APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

For Plaintiff:

Michael W.Seckar, Esq.
402 W. 12th Street
Pueblo, CO 81003
719-543-8636
seckarlaw@mindspring.com

For Defendant:

WILLIAM J. LEONE
United States Attorney
KURT J. BOHN
Assistant U.S. Attorney
DEBRA J. MEACHUM
Special Assistant U.S. Attorney
1961 Stout St., Suite 1001A
Denver, Colorado  80294
Telephone: (303) 844-1570
debra.meachum@ssa.gov

**2.	STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.	DATES OF FILING OF RELEVANT PLEADINGS**

    A.	**Date Complaint Was Filed:** 4/24/06
    B.	**Date Complaint Was Served on U.S. Attorney's Office:** 5/3/06
    C.	**Date Answer and Administrative Record Were Filed**: 7/3/06

**4.	STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

To the best of their knowledge, both parties state that the record is complete.

**5.	STATEMENT REGARDING ADDITIONAL EVIDENCE**

Neither party intends to submit additional evidence.

**6.	STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

To the best of their knowledge, both parties state that the case raises no unusual claims or defenses.

**7.	OTHER MATTERS**

None.

**8.	PROPOSED BRIEFING SCHEDULE**

    A.	**Plaintiff's Opening Brief Due:**	August 30, 2006
    B.	**Defendant's Response Brief Due:**	September 30, 2006
    C.	**Plaintiff's Reply Brief (If Any) Due:** October 15, 2006

**9.	STATEMENTS REGARDING ORAL ARGUMENT**

Plaintiff does not request oral argument.
Defendant does not request oral argument.

**10.   CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

   A.   **( ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**
   B.   **(X) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11.   OTHER MATTERS**

Parties filing motions for extension of time or continuances must comply with D.C.COLO.LCivR 7.1(C) by submitting proof that a copy of the motion has been served upon the <u>moving attorney's client</u>, all attorneys of record, and all pro se parties.

**12.   AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended upon a showing of good cause.

DATED this 25th day of July, 2006.

                              BY THE COURT:


                               S/John L. Kane
                              U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/Michael W. Seckar 7/24/06 | WILLIAM J. LEONE<br>UNITED STATES ATTORNEY |
| Michael W.Seckar, Esq.<br>Law Office of Michael W. Seckar, Esq.<br>402 W. 12th Street<br>Pueblo, CO 81003<br>Phone: 719-543-8636<br>Fax:    719-543-8403<br>seckarlaw@mindspring.com | KURT J. BOHN<br>Assistant U.S. Attorney<br>kurt.bohn@usdoj.gov |
| Attorney for Plaintiff | s/Debra J. Meachum 7/24/06<br>By: Debra J. Meachum<br>Special Assistant U.S. Attorney<br>1961 Stout St., Suite 1001A<br>Denver, Colorado  80294<br>Telephone: (303) 844-1570<br>debra.meachum@ssa.gov<br>Attorneys for Defendant. |