IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **06-cv-774-AP**

**ROBERT WALLACE**,

   Plaintiff,

v.

**LINDA S. McMAHON, Acting Commissioner of Social Security,**

   Defendant.

## ORDER

Kane, J.

The Stipulated Motion for Award of Attorney Fees Pursuant to the Equal Access to Justice Act, filed January 23, 2007, is **GRANTED**. In consideration thereof, it is

**ORDERED** that the Defendant pay to Plaintiff, through counsel, reasonable attorney fees in the amount of **$3,500.00**.

Dated at Denver, Colorado, this 24th day of January, 2007.

           BY THE COURT:

           **S/John L. Kane**
           JOHN L. KANE, SENIOR JUDGE
           UNITED STATES DISTRICT COURT